**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-23622-ALTMAN**

**HOWARD COHAN**,

*Plaintiff*,

*v.*

**RRH-FLORIDA, LLC**,

*Defendant*.
_______________________________________/

**ORDER OF DISMISSAL WITH PREJUDICE**

The Parties filed a Joint Stipulation of Dismissal with Prejudice [ECF No. 21] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, the Court hereby **ORDERS and ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs except as otherwise agreed. The Clerk is directed to **CLOSE** this case. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on January 21, 2025.

_______________________________________
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record